# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0733

_____

RANDY ROBERTO BESS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
James S. Duncan, Judge.

July 9, 2025

PER CURIAM.

DISMISSED. *See Proctor v. State*, 845 So.2d 1007 (Fla. 5th DCA 2003).

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randy Roberto Bess, pro se, Appellant.

No appearance for Appellee.